BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, CA 93721
Telephone: 559.497.4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:13-CR-00172 AWI |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| SERGIO REYNA-HUERTA, | ) | |
| Defendant. | ) | |

Having considered the United States of America's motion to continue the sentencing in this matter,

IT IS HEREBY ORDERED THAT the above-named defendant's sentencing will be continued from January 21 to February 18, 2014, at 10 a.m.

IT IS SO ORDERED.

Dated: January 16, 2014

_____
SENIOR DISTRICT JUDGE

1