BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr 1:13-cr-00172 AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE; ORDER |
| SERGIO REYNA-HUERTA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 18, 2014, at 10:00 a.m. before the Honorable Senior U.S. District Judge Anthony W. Ishii.

2. By this stipulation, the parties agree to continue sentencing to February 24, 2014, at 10 a.m.

3. In addition, the parties agree that an evidentiary hearing will not be necessary to establish the plant count. The parties will stipulate that the plant count triggers a base offense level of 28, as will be discussed in more detail in the government's sentencing memorandum to be filed herein.

1

IT IS SO STIPULATED.

DATED: February 5, 2014.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: February 5, 2014.

/s/ Kevin G. Little
KEVIN G. LITTLE
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: February 5, 2014   _____
SENIOR DISTRICT JUDGE